In the Matter of the Application of SEXTUS E. TAYLOR, Respondent, to Compel SUSAN J. TAYLOR, as Administratrix of the Estate of HOWARD E. TAYLOR, Deceased, Appellant, to Turn over Moneys Received.

(Submitted January 29, 1912; decided February 2, 1912.)

Motion for re-argument denied, without costs. (See 204 N. Y. 135.)